**SBAITI & COMPANY PLLC**
Mazin A. Sbaiti
California Bar No. 275089
2200 Ross Avenue, Suite 4900W
Dallas, Texas 75201
T: (214) 432-2899
F: (214) 853-4367
E: mas@sbaitilaw.com
*Counsel for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **TRIBUO PARTNERS LLC**<br><br>*Plaintiff,*<br><br>vs.<br><br>**WILSON SONSINI GOODRICH & ROSATI, P.C. and JOSEPH MATTHEW LYONS,**<br><br>*Defendants.* | Case No. 22-cv-02930-JSC<br><br>**NOTICE OF ACCEPTANCE OF SERVICE**<br><br>Jury Trial Demanded |

PLEASE TAKE NOTICE that Allison Lane of Duane Morris LLP, counsel for Wilson Sonsini Goodrich & Rosati, P.C., accepted service on behalf of Wilson Sonsini Goodrich & Rosati, P.C. and Joseph Matthew Lyons on May 23, 2022. *See* Ex. 1, Email from A. Lane to M. Sbaiti. Plaintiff Tribuo Partners LLC respectfully requests that the Court order Wilson Sonsini Goodrich & Rosati, P.C. to serve its answer within twenty-one (21) days of the date of this Notice.

DATED:  August 15, 2022        Respectfully submitted,

                                     **SBAITI & COMPANY PLLC**

                                     By: */s/ Mazin A. Sbaiti*
                                        **Mazin A. Sbaiti**
                                        California Bar No. 275089
                                        2200 Ross Avenue, Suite 4900W
                                        Dallas, TX  75201
                                        T: (214) 432-2899
                                        F: (214) 853-4367
                                        E: mas@sbaitilaw.com