**SBAITI & COMPANY PLLC**
Mazin A. Sbaiti (SBN 275089)
2200 Ross Avenue, Suite 4900W
Dallas, Texas 75201
T: (214) 432-2899
F: (214) 853-4367
E: mas@sbaitilaw.com
*Counsel for Plaintiff*

Allison Lane (SBN 152384)
Justin J. Fields (SBN 259491)
Duane Morris LLP
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA 94105-1127
Telephone: 415.957.3000
Facsimile: 415.957.3001
Email: alane@duanemorris.com
         jfields@duanemorris.com
*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **TRIBUO PARTNERS LLC** <br><br> *Plaintiff,* <br><br> vs. <br><br> **WILSON SONSINI GOODRICH & ROSATI, P.C. and JOSEPH MATTHEW LYONS,** <br><br> *Defendants.* | Case No. 3:22-cv-02930-TLT <br><br> **STIPULATION AND [PROPOSED] ORDER FOR AMENDING FIRST AMENDED COMPLAINT AND ANSWERING SECOND AMENDED COMPLAINT** <br><br> **(FIRST REQUEST)** |

The parties, by and through their counsel, stipulate and agree:

1. Plaintiff Tribuo Partners LLC ("Tribuo")'s Unopposed Motion for Leave to File Second Amended Complaint (Dkt. No. 13) is hereby withdrawn.

---

2.  Tribuo has the written consent of Defendants Wilson Sonsini Goodrich & Rosati, P.C. ("Wilson Sonsini") and Joseph Matthew Lyons ("Lyons") to file its Second Amended Complaint, attached hereto as Exhibit A.[1] *See* FED. R. CIV. P. 15(a)(2).

3.  The parties agree that Defendants will file their answer(s) to the operative complaint on or before September 16, 2022.

4.  Tribuo has already dismissed its claim under California's Unfair Competition Law (the "UCL") against Lyons without prejudice. (Dkt. No. 10).

5.  The parties stipulate to the dismissal of Tribuo's UCL claim against Wilson Sonsini without prejudice.

6.  Any applicable statute of limitations available to Lyons relating to any claims has been tolled as of June 16, 2022.

7.  Nothing in this stipulation shall affect any defense available to any party as of the date of its execution, and this stipulation shall not be deemed to revive any claim that is or was already barred on that date. Nothing in this stipulation, or in the circumstances that gave rise to it, shall be construed as an acknowledgement by any party that any claim has or has not been barred, or is about to be barred, by the statute of limitations, laches, or any other defense based on the lapse of time.

8.  This stipulation shall be governed by California law.

**IT IS SO STIPULATED.**

---

[1] This version of the Second Amended Complaint differs from the one attached to Tribuo's Unopposed Motion for Leave to File Second Amended Complaint (Dkt. No. 13)

STIPULATION AND [PROPOSED] ORDER FOR AMENDING  
FIRST AMENDED COMPLAINT AND ANSWERING SECOND AMENDED COMPLAINT

Case No.: 4:22-cv-02930-TLT

Dated: September 2, 2022                SBAITI & COMPANY PLLC


                                        /s/ Mazin A. Sbaiti
                                        Mazin A. Sbaiti
                                        Attorney for Plaintiff TRIBUO PARTNERS LLC

Dated: September 2, 2022                DUANE MORRIS LLP



                                        /s/ Allison Lane (with permission)
                                        Allison Lane
                                        Justin J. Fields
                                        Attorneys for Defendants WILSON SONSINI
                                        GOODRICH & ROSATI, P.C. and JOSEPH
                                        MATTHEW LYONS


## **ORDER**

Pursuant to the parties' stipulation, and good cause appearing, it is **ORDERED:**

1.  Plaintiff may file the Second Amended Complaint.

2.  Defendants shall respond to the Second Amended Complaint on or before September 16, 2022.


                                        Hon. Trina Thompson
                                        UNITED STATES DISTRICT JUDGE

                                        DATED: September ___, 2022