Allison Lane (SBN 152384)
Justin J. Fields (SBN 259491)
Bridget S. Cho (SBN 325844)
**DUANE MORRIS LLP**
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA  94105-1127
Telephone: +1 415.957.3000
Facsimile: +1 415.957.3001
E-mail: alane@duanemorris.com
         jfields@duanemorris.com
         bscho@duanemorris.com

Attorneys for Defendant
WILSON SONSINI GOODRICH & ROSATI, P.C. and
JOSEPH MATTHEW LYONS

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRIBUO PARTNERS LLC,<br><br>        Plaintiff,<br><br>    vs.<br><br>WILSON SONSINI GOODRICH & ROSATI, P.C. and JOSEPH MATTHEW LYONS,<br><br>        Defendants. | Case No.: 3:22-cv-02930-TLT<br><br>**DEFENDANTS WILSON SONSINI GOODRICH & ROSATI., P.C. AND LYONS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>Crtrm:    9, 19th Floor<br>Judge:    Hon. Trina L. Thompson<br>Complaint Filed:   May 17, 2022 |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: October 5, 2022                    **DUANE MORRIS LLP**

                                    By:    /s/ Allison Lane
                                        Allison Lane
                                        Justin J. Fields
                                        Bridget S. Cho
                                        Attorneys for Defendant
                                        WILSON SONSINI GOODRICH & ROSATI, P.C.
                                        and JOSEPH MATTHEW LYONS

DM1\13499185.1