**SBAITI & COMPANY PLLC**
Mazin A. Sbaiti
California Bar No. 275089
2200 Ross Avenue, Suite 4900W
Dallas, Texas 75201
T: (214) 432-2899
F: (214) 853-4367
E: mas@sbaitilaw.com
*Counsel for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **TRIBUO PARTNERS LLC**<br><br>*Plaintiff,*<br><br>vs.<br><br>**WILSON SONSINI GOODRICH & ROSATI, P.C. and JOSEPH MATTHEW LYONS,**<br><br>*Defendants.* | Case No. 22-cv-02930-TLT<br><br>**PLAINTIFF TRIBUO PARTNERS LLC'S CERTIFICATE OF INTERSTED ENTITIES OR PERSONS**<br><br>Jury Trial Demanded<br><br>Courtroom: 9 – 19th Floor<br>Judge: Hon. Trina L. Thompson<br>Complaint Filed: May 17, 2022<br>FAC Filed:     June 13, 2022<br>SAC Filed:     September 14, 2022 |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED:  October 14, 2022          **SBAITI & COMPANY PLLC**

By: */s/ Mazin A. Sbaiti*
   **Mazin A. Sbaiti**
   Attorney for Tribuo Partners LLC