Ethan Jacobs (SBN 291838)
ethan@ejacobslaw.com
Ethan Jacobs Law Corporation
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 275-0845

Attorneys for Plaintiff Tribuo Partners LLC

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **TRIBUO PARTNERS LLC**<br><br>*Plaintiff,*<br><br>vs.<br><br>**WILSON SONSINI GOODRICH & ROSATI, P.C. and JOSEPH MATTHEW LYONS,**<br><br>*Defendants.* | Case No. 3:22-cv-02930-TLT<br><br>**NOTICE OF APPEARANCE ON BEHALF OF PLAINTIFF TRIBUO PARTNERS LLC** |

**TO THE CLERK OF THIS COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Ethan Jacobs of Ethan Jacobs Law Corporation hereby enters an appearance as counsel for Plaintiff Tribuo Partners LLC in the above-referenced action. Pursuant to Federal Rule of Civil Procedure 5, all further notices and copies of pleadings, papers, and other material relevant to this action should be directed to and served upon:

    Ethan Jacobs
    ethan@ejacobslaw.com
    100 Pine Street, Suite 1250
    San Francisco, CA 94111
    Telephone: (415) 275-0845

1 | Dated: November 2, 2022
2 |
Respectfully submitted,

Ethan Jacobs Law Corporation

By: /s/ Ethan Jacobs
Ethan Jacobs
Attorneys for Plaintiff Tribuo Partners LLC

## CERTIFICATE OF SERVICE

On November 2, 2022, I electronically filed the foregoing with the Clerk of the Court by using CM/ECF system which will send a notice of electronic filing to all persons registered for ECF. All copies of documents required to be served by Fed. R. Civ. P. 5(a) and L.R. 5-1 have been so served.

    /s/ Ethan Jacobs
Ethan Jacobs (SBN 291838)
ethan@ejacobslaw.com
Attorney for Plaintiff Tribuo Partners LLC