Allison Lane (SBN 152384)
Justin J. Fields (SBN 259491)
Bridget S. Cho (SBN 325844)
**DUANE MORRIS LLP**
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA 94105-1127
Telephone: +1 415.957.3000
Facsimile: +1 415.957.3001
E-mail: alane@duanemorris.com
          jfields@duanemorris.com
          bscho@duanemorris.com

Attorneys for Defendants
WILSON SONSINI GOODRICH & ROSATI, P.C. and
JOSEPH MATTHEW LYONS

Mazin A. Sbaiti (SBN 275089)
Griffin S. Rubin (Admitted Pro Hac Vice)
Texas Bar No. 24121809
SBAITI & COMPANY PLLC
2200 Ross Avenue, Suite 4900W
Dallas, Texas 75201
Telephone: (214) 432-2899
Facsimile: (214) 853-4367
Email: mas@sbaitilaw.com
          gsr@sbaitilaw.com

Ethan Jacobs (SBN 291838)
ethan@ejacobslaw.com
ETHAN JACOBS LAW CORPORATION
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 275-0845

Counsel for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRIBUO PARTNERS LLC,<br><br>                Plaintiff,<br><br>      vs.<br><br>WILSON SONSINI GOODRICH & ROSATI, P.C. and JOSEPH MATTHEW LYONS,<br><br>                Defendants. | Case No.: 3:22-cv-02930-TLT<br><br>**STIPULATION [AND PROPOSED ORDER] REGARDING SETTLEMENT CONFERENCE**<br><br>Judge:       Hon. Trina L. Thompson<br>Complaint Filed:  May 17, 2022<br>FAC Filed:      June 13, 2022<br>SAC Filed:     September 14, 2022 |

Counsel for the parties met and conferred regarding selection of a settlement conference judge and timeframe for a settlement conference. The parties stipulate and agree as follows:

1. The parties are agreeable to (in alphabetical order) Magistrate Judges Donna M. Ryu and Alex G. Tse to serve as the settlement conference judge.
2. The parties prefer to hold a settlement conference January 18, 19, or 24, or whenever is convenient for the appointed Magistrate Judge.
3. The parties agree to contact the appointed Magistrate Judge to find a mutually available date for the settlement conference.

Dated: December 27, 2022    **SBAITI & COMPANY PLLC**

By: ___/s/ Griffin S. Rubin___
Mazin A. Sbaiti
Griffin S. Rubin

**ETHAN JACOBS LAW CORPORATION**
Ethan Jacobs
Attorneys for Plaintiff TRIBUO PARTNERS LLC

Dated: December 27, 2022    **DUANE MORRIS LLP**

By: ___/s/ Allison Lane___
Allison Lane
Justin J. Fields
Bridget S. Cho
Attorneys for Defendants
WILSON SONSINI GOODRICH & ROSATI, P.C.
and JOSEPH MATTHEW LYONS

**ATTESTATION**

I, Allison Lane, hereby attest in accordance with Local Rule 5-1.(h) that Griffin S. Rubin (counsel for Plaintiff Tribuo Partners LLC) has provided his concurrence with the electronic signing and filing of this document.

Dated: December 27, 2022    **DUANE MORRIS LLP**

By: ___/s/ Allison Lane___
Allison Lane

**ORDER**

Pursuant to the parties' stipulation, the Court refers this matter for a settlement conference before Magistrate Judge _____, to take place in the timeframe set forth in the parties' stipulation or as soon thereafter as the Magistrate Judge and the parties are available.

IT IS SO ORDERED.

Dated: _____, 2022

_____
Hon. Trina L. Thompson
UNITED STATES DISTRICT JUDGE

DM1\13736969.1