1  Allison Lane (SBN 152384)
   Justin J. Fields (SBN 259491)
2  Bridget S. Cho (SBN 325844)
   **DUANE MORRIS LLP**
3  Spear Tower
   One Market Plaza, Suite 2200
4  San Francisco, CA  94105-1127
   Telephone: +1 415.957.3000
5  Facsimile: +1 415.957.3001
   E-mail: alane@duanemorris.com
6          jfields@duanemorris.com
           bscho@duanemorris.com
7
   Attorneys for Defendants
8  WILSON SONSINI GOODRICH & ROSATI, P.C. and
   JOSEPH MATTHEW LYONS
9
   Mazin A. Sbaiti (SBN 275089)
10 Griffin S. Rubin (Admitted Pro Hac Vice)
   Texas Bar No. 24121809
11 SBAITI & COMPANY PLLC
   2200 Ross Avenue, Suite 4900W
12 Dallas, Texas 75201
   Telephone: (214) 432-2899
13 Facsimile: (214) 853-4367
   Email: mas@sbaitilaw.com
14        gsr@sbaitilaw.com

15 Ethan Jacobs (SBN 291838)
   ethan@ejacobslaw.com
16 ETHAN JACOBS LAW CORPORATION
   100 Pine Street, Suite 1250
17 San Francisco, CA 94111
   Telephone: (415) 275-0845
18
   Counsel for Plaintiff
19

20           **IN THE UNITED STATES DISTRICT COURT**

21          **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 22  TRIBUO PARTNERS LLC, | Case No.: 3:22-cv-02930-TLT |
| 23            Plaintiff, | **STIPULATION [AND ~~PROPOSED~~** |
| 24       vs. | **ORDER] REGARDING SETTLEMENT CONFERENCE** AS MODIFIED |
| 25  WILSON SONSINI GOODRICH & ROSATI, P.C. and JOSEPH MATTHEW LYONS, | Judge:           Hon. Trina L. Thompson |
| 26            | Complaint Filed: May 17, 2022 |
|     Defendants. | FAC Filed:       June 13, 2022 |
| 27  | SAC Filed:       September 14, 2022 |
| 28 | |

Counsel for the parties met and conferred regarding selection of a settlement conference judge and timeframe for a settlement conference. The parties stipulate and agree as follows:

1. The parties are agreeable to (in alphabetical order) Magistrate Judges Donna M. Ryu and Alex G. Tse to serve as the settlement conference judge.
2. The parties prefer to hold a settlement conference January 18, 19, or 24, or whenever is convenient for the appointed Magistrate Judge.
3. The parties agree to contact the appointed Magistrate Judge to find a mutually available date for the settlement conference.

Dated: December 27, 2022     **SBAITI & COMPANY PLLC**

By:  /s/ Griffin S. Rubin
Mazin A. Sbaiti
Griffin S. Rubin

**ETHAN JACOBS LAW CORPORATION**
Ethan Jacobs
Attorneys for Plaintiff TRIBUO PARTNERS LLC

Dated: December 27, 2022     **DUANE MORRIS LLP**

By:  /s/ Allison Lane
Allison Lane
Justin J. Fields
Bridget S. Cho
Attorneys for Defendants
WILSON SONSINI GOODRICH & ROSATI, P.C.
and JOSEPH MATTHEW LYONS

## **ATTESTATION**

I, Allison Lane, hereby attest in accordance with Local Rule 5-1.(h) that Griffin S. Rubin (counsel for Plaintiff Tribuo Partners LLC) has provided his concurrence with the electronic signing and filing of this document.

Dated: December 27, 2022     **DUANE MORRIS LLP**

By:  /s/ Allison Lane
Allison Lane

**ORDER**

Pursuant to the parties' stipulation, the Court refers this matter for a settlement conference before Magistrate Judge  Alex G. Tse , to take place in the timeframe ~~set forth in the parties' stipulation or as soon thereafter as the Magistrate Judge and the parties are available~~ set by the Magistrate Judge.

IT IS SO ORDERED.

Dated:  January 3, 2023 , ~~2022~~

Hon. Trina L. Thompson
UNITED STATES DISTRICT JUDGE

DM1\13736969.1