UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRIBUO PARTNERS LLC,<br><br>             Plaintiff,<br><br>       v.<br><br>WILSON SONSINI GOODRICH ROSATI, P.C.,<br><br>             Defendant. | Case No. 22-cv-02930-TLT<br><br>**ORDER OF REFERENCE**<br><br>Re: ECF No. 47 |

Pursuant to Local Rule 72-1, it is HEREBY ORDERED that this case is referred FOR ALL DISCOVERY PURPOSES to a Magistrate Judge, with any motions to be heard and considered at the convenience of his or her calendar. Counsel will be advised of the date, time and place of appearance by notice from the assigned Magistrate Judge.

**IT IS SO ORDERED.**

Dated: January 17, 2023

_____
TRINA L. THOMPSON
United States District Judge