**SBAITI & COMPANY PLLC**
Mazin A. Sbaiti (SBN 275089)
Brad J. Robinson (*admitted pro hac vice*)
Texas Bar No. 24058076
Griffin S. Rubin (*admitted pro hac vice*)
Texas Bar No. 24121809
2200 Ross Avenue, Suite 4900W
Dallas, TX 75201
T: (214) 432-2899
F: (214) 853-4367
E: mas@sbaitilaw.com
E: bjr@sbaitilaw.com
E: gsr@sbaitilaw.com

**ETHAN JACOBS LAW CORPORATION**
Ethan Jacobs (SBN 291838)
100 Pine Street, Suite 1250
San Francisco, CA 94111
T: (415) 275-0845
E: ethan@ejacobslaw.com
*Counsel for Plaintiff*

**DUANE MORRIS LLP**
Allison Lane (SBN 152384)
Justin J. Fields (SBN 259491)
One Market Plaza, Suite 2200
San Francisco, CA 94105-1127
T: (415) 957-3000
F: (415) 957-3001
E: alane@duanemorris.com
E: jfields@duanemorris.com
*Counsel for Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **TRIBUO PARTNERS LLC**<br><br>*Plaintiff,*<br><br>vs.<br><br>**WILSON SONSINI GOODRICH & ROSATI, P.C. and JOSEPH MATTHEW LYONS,**<br><br>*Defendants.* | Case No. 22-cv-02930-TLT<br><br>**JOINT NOTICE OF SETTLEMENT AND STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Jury Trial Demanded<br><br>Courtroom: 9 – 19th Floor<br>Judge: Hon. Trina L. Thompson<br>Complaint Filed: May 17, 2022<br>FAC Filed:      June 13, 2022<br>SAC Filed:      September 14, 2022 |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Tribuo Partners LLC, Defendant Wilson Sonsini Goodrich & Rosati, P.C., and Defendant Joseph Matthew Lyons (collectively, the "Parties"), have reached an agreeable resolution of all pending claims and file this stipulation of dismissal. The Parties acknowledge that they constitute all parties who have appeared in this action, and therefore this stipulation takes effect upon filing. This stipulation dismisses with prejudice: (1) the claims alleged in the operative complaint by Plaintiff, and (2) the defenses posited in the operative answer by Defendants. The parties are to bear their own costs, expenses, and fees.

DATED:  March 7, 2023

| **SBAITI & COMPANY PLLC** | **DUANE MORRIS LLP** |
|---|---|
| By: */s/ Mazin A. Sbaiti*<br>    Mazin Sbaiti<br>    Brad J. Robinson<br>    Griffin S. Rubin | By: */s/ Allison Lane (with permission)*<br>    Allison Lane<br>    Justin J. Fields |
| Attorneys for Plaintiff Tribuo Partners LLC | Attorneys for Defendants Wilson Sonsini Goodrich & Rosati, P.C. and Joseph Matthew Lyons |